Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [SBN 150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)

FILED

NOV 10 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTORNEYS FOR PLAINTIFF
SYNNEX CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>DIGITAL PELE, INC., a New York Corporation; and DOES 1 to 50, inclusive,<br><br>               Dependants. | Case No. C 05 01549 MJJ<br><br>**ORDER** |

Upon consideration of the foregoing Request of Counsel and Stipulation for Continuance of Discovery Cut-off Date and good cause appearing therefrom:

**IT IS HEREBY ORDERED** that the terms of the Request of Counsel and Stipulation shall be and hereby are the Order of the Court

DATED: 11/10/2005

Honorable Martin J. Jenkins
U.S. District Court

1