IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, | No. C05-01549 MJJ |
| Plaintiff, | **ORDER VACATING HEARING DATE** |
| v. | |
| DIGITAL PELE INC., | |
| Defendant. | |

On December 20, 2005, Defendant filed a Motion for Summary Judgment (Docket No. 26) for January 10, 2006.  Pursuant to Civil Local Rule 7-2(a), motions may not be noticed for hearing less than 35 days after service of the motion.  Accordingly, the January 10, 2006 hearing is hereby **VACATED.** Defendant  is **ORDERED** to re-notice the motion for hearing pursuant to the local rules.

**IT IS SO ORDERED.**

Dated: December 20, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE