Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [SBN 150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)

ATTORNEYS FOR PLAINTIFF
SYNNEX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL PELE, INC., a New York Corporation; and DOES 1 to 50, inclusive,<br><br>Dependants. | Case No. C 05 01549 MJJ<br><br>**ORDER** |

Upon consideration of the foregoing Request of Counsel for Continuance of Trial and Pre Trial Hearing and Motion and Discovery Completion Dates and good cause appearing therefrom: Pretrial Conference date: April 18, 2006 at 3:30 pm
Trial date: April 24, 2006 at 8:30 a.m.

**IT IS HEREBY ORDERED** that the terms of the Request of Counsel and Stipulation shall be and hereby are the Order of the Court.

DATED: 2/10/2006 _____
Honorable Martin J. Jenkins
U.S. District Court

1