Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [SBN 150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)

ATTORNEYS FOR PLAINTIFF
SYNNEX CORPORATION

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>DIGITAL PELE, INC., a New York Corporation; and DOES 1 to 50,  inclusive, )<br><br>Dependants. ) | Case No. C 05 01549 MJJ<br><br>**ORDER**  - Granted |

Upon consideration of the foregoing Request of Counsel for Continuance of

the Trial and good cause appearing:

**IT IS HEREBY ORDERED** that the Trial be continued from April 24, 2006 to
May 1,
~~May 22~~, 2006 is hereby granted by order of this court.

DATED:___3/24/2006_____

_____
Honorable Martin J. Jenkins
U.S. District Court

1