1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  SYNNEX CORPORATION,            )
                                   )
12          Plaintiff(s),          )    No. C05-1549 MJJ (BZ)
                                   )
13       v.                        )    **ORDER SCHEDULING**
                                   )    **SETTLEMENT CONFERENCE**
14                                 )
    DIGITAL PELE INC.,             )
15                                 )
            Defendant(s).          )
16                                 )
                                   )
    _____)
17

18       The above matter was referred to Magistrate Judge Bernard

19  Zimmerman for settlement purposes.

20       You are hereby notified that a settlement conference is

21  scheduled for **Tuesday, May 9, 2006, at 9:00 a.m.**, in Courtroom

22  G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

23  Francisco, California 94102.

24       Lead trial counsel shall appear at the Settlement

25  Conference with the parties.  Any party who is not a natural

26  person shall be represented by the person or persons **not**

27  **directly involved** in the events which gave rise to the

28  litigation but with **full** authority to negotiate a settlement.  A

                               1

person who needs to call another person not present before
accepting, rejecting or making any settlement offer does not
have full authority.  If a party is a governmental entity, its
governing body shall  designate one of its members or a senior
executive to appear at the Settlement Conference with authority
to participate in the Settlement Conference and, if a tentative
settlement agreement is reached, to recommend the agreement to
the governmental entity for its approval.  An insured party
shall appear with a representative of the carrier with full
authority to negotiate up to the limits of coverage.  The Court
shall be notified immediately if the carrier declines to attend.
Personal attendance of a party representative will rarely be
excused by the Court, and then only upon separate written
application demonstrating substantial hardship served on
opposing counsel and lodged as early as the basis for the
hardship is known.

Each party shall prepare a Settlement Conference Statement,
which must be served on opposing counsel and lodged (not faxed)
with my chambers no later **Friday, May 6, 2006**.  The Statement
shall **not** be filed with the Clerk of the Court.  The Statement
**may** be submitted on CD-ROM with hypertext links to exhibits.
Otherwise, the portion of exhibits on which the party relies
**shall** be highlighted.  The Settlement Conference Statement shall
not exceed ten pages of text and twenty pages of exhibits and
shall include the following:

1.   A brief statement of the facts of the case.

2.   A brief statement of the claims and defenses
including, but not limited to, statutory or other grounds upon

1  which the claims are founded.

2      3.   A summary of the proceedings to date and any pending

3  motions.

4      4.   An estimate of the cost and time to be expended for

5  further discovery, pretrial and trial.

6      5.   For any party seeking relief, a description of the

7  relief sought, including an itemization of damages.

8      6.   The parties' position on settlement, including present

9  demands and offers and a history of past settlement discussions.

10  The Court's time can best be used to assist the parties in

11  completing their negotiations, not in starting them.  The

12  parties are urged to carefully evaluate their case before taking

13  a settlement position since extreme positions hinder the

14  settlement process.

15      Along with the Statement each party shall lodge with the

16  court a document of no more than three pages containing a **candid**

17  evaluation of the parties' likelihood of prevailing on the

18  claims and defenses, and any other information that party wishes

19  not to share with opposing counsel.  The more candid the parties

20  are, the more productive the conference will be.  This document

21  shall not be served on opposing counsel.

22      It is not unusual for conferences to last three or more

23  hours.  Parties are encouraged to participate and frankly

24  discuss their case.  Statements they make during the conference

25  will not be admissible at trial in the event the case does not

26  settle.  The parties should be prepared to discuss such issues

27  as:

28      1. Their settlement objectives.

3

2. Any impediments to settlement they perceive.

3. Whether they have enough information to discuss settlement.  If not, what additional information is needed.

4. The possibility of a creative resolution of the dispute.

The parties shall notify Magistrate Judge Zimmerman's chambers immediately if this case settles prior to the date set for settlement conference.  Counsel shall provide a copy of this order to each party who will participate in the conference.

Dated: April 26, 2006

_____
Bernard Zimmerman
United States Magistrate Judge