IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DIGITAL PELE INC.,<br><br>    Defendant.<br>_____ / | No. C-05-1549 MJJ (MEJ)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR AN ORDER TO ENFORCE SETTLEMENT ENTERED INTO AT SETTLEMENT CONFERENCE AND ENTER JUDGEMENT; REQUEST FOR MONETARY SANCTIONS AGAINST DEFENDANT DIGITAL PELE INC.** |

The Court hereby continues the hearing on Plaintiff's Motion for an Order to Enforce Settlement Entered Into At Settlement Conference and Enter Judgment; Request for Monetary Sanctions Against Defendant Digital Pele, Inc , originally scheduled for August 6, 2007. The hearing is continued to August 16, 2007 at 10:00 a.m., Courtroom B., San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 7, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge