Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [SBN 150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)

ATTORNEYS FOR PLAINTIFF
SYNNEX CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL PELE, INC., a New York Corporation; and DOES 1 to 50, inclusive,<br><br>Dependants. | Case No. C 05 01549 MJJ<br><br>**ORDER AND DECLARATION OF JEFFREY M. GALEN IN SUPPORT OF REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON THE MOTION TO ENFORCE THE TERMS OF THE GOOD FAITH SETTLEMENT ENTERED INTO AT SETTLEMENT CONFERENCE AND ENTER JUDGMENT** |

I, JEFFREY M. GALEN, hereby declare as follows:

1. I am the attorney of record for Plaintiff, Synnex Corporation. I am familiar with the facts contained herein and if called as a witness, I could and would competently testify to all the facts contained herein from my own personal knowledge.

2. On May 15, 2007, I, on behalf of Plaintiff, filed our Notice of Motion and

1

Motion to Enforce the Terms of the Good Faith Settlement Entered into at Settlement Conference and to enter judgment.

3. The Court set a hearing date for August 9, 2007, and at the request of Plaintiff's counsel, continued the hearing to August 16, 2007 at 10:00 a.m.

4. Due to the fact that my office is in Encino, California, approximately 400 miles from the U.S. District Court for the Northern District of California, I am requesting that the court allow me to appear telephonically.

DATED: August 7, 2007

**IT IS SO ORDERED**

Dated: August 14, 2007

U.S. DIST. [seal: IT IS SO ORDERED / Judge Maria-Elena James / United States District Court, Northern District of California]

2